IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: MICHAEL TILLER and <br> CAROLYN TILLER | § <br> § <br> § | Bankruptcy Petition # 23-33770 <br> Chpt. 7 |

| | | |
|---|---|---|
| MICHAEL TILLER <br>    *Plaintiff,* <br><br> v. <br><br> MAXX SPORTS TECHNOLOGIES, LTD, <br> and BARRIE HANSEN, Individually <br>    *Defendants.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Adversary Proceeding No. 23-3217 |

## ORDER FOR DENYING MOTION TO DISMISS

1. On the date of entry below the Court considered Maxx Sport Technologies, LTD and Barrie Hansen's Motion to Dismiss Complaint for Turnover and Emergency Application for Temporary Restraining Order, Preliminary Injunction, Permanent Injunction, and for Damages (ECF 54)(the "Motion to Dismiss"), as well as the response from Michael and Carolyn Tiller, the evidence before the court, statutory and bankruptcy code provisions, arguments, and facts in this case.
2. The Court finds and ORDERS the Motion to Dismiss should be DENIED.

Signed this _____

                                                 _____
                                                 JUDGE JEFFREY P. NORMAN
                                                 UNITED STATES BANKRUPTCY JUDGE