IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: § <br> § <br> MICHAEL TILLER and § <br> CAROLYN TILLER, § <br> § <br> *Debtors.* § | | Chapter 7 <br><br> Case No. 23-33770 |
| MICHAEL TILLER and § <br> CAROLYN TILLER, § <br> *Plaintiffs,* § <br> § <br> vs. § <br> § <br> MAXX SPORTS TECHNOLOGIES, LTD. § <br> and BARRIE HANSEN § <br> *Defendants.* § | | Adv. Proc. No. 23-03217 |

## DEFENDANTS' WITNESS AND EXHIBIT LIST

*[Relates to Doc. No. 54, 55, and 59]*

Maxx Sports Technologies, Ltd. and Mr. Barrie Hansen ("Defendants") hereby file the following Witness and Exhibit List for the April 24, 2024, 11:00 a.m. hearing:

| | |
|---|---|
| Case No: 23-33770 | Name of Debtors: Michael and Carolyn Tiller |
| Adversary No: 23-03217 | |
| | |
| Judge: Hon. Jeffery P. Norman | Hearing Date: April 24, 2024 |
| Courtroom Deputy: Tracey Conrad | Hearing Time: 11:00 a.m. CST |
| | |
| Witnesses: <br> 1. Michael Tiller <br> 2. Any witness necessary to rebut the evidence or testimony of any witness offered or designated by any other party but not reasonably anticipated. <br> 3. Any witness called or designated by any other party. | |
| | Attorneys' Name: Tres Gibbs, Emma Myles, Craig Power |
| | Attorneys' Phone: (713) 535-5500 |
| | Nature of Proceeding: *Hearing for Defendants' Motion to Dismiss the Adversary Proceeding* |

**EXHIBITS**

| Ex.# | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | State Court Final Judgment signed on November 11, 2022 [ECF No. 54-3] | | | | |
| 2 | Order Granting Plaintiff's Ex-Parte Motion for Turnover signed on April 11, 2023 [ECF No. 54-4] | | | | |
| 3 | Plaintiffs' Response to Defendants' Motion to Dismiss filed April 17, 2024 [ECF No. 59] | | | | |
| 4 | Order Granting Motion to Dismiss Case 4:23-bk-33770 on April 22, 2024 [ECF No. 51 in Lead Case] | | | | |
| 5 | Plaintiffs' Adversary Complaint filed on September 29, 2023 [ECF 1] | | | | |
| 6 | Any Exhibits designated by any other party. | | | | |

Defendants request that the Court take judicial notice that the Bankruptcy Case, 4:23-bk-33770, was dismissed by the Court's Order on April 22, 2024. Defendants reserve the right to use any exhibits presented by any other party and to use exhibits not listed here for impeachment or rebuttal purposes at the hearing. Defendants also reserve the right to supplement or amend this exhibit list any time prior to the hearing. Defendants reserve the right to call any witness designated by any other party, as well as rebuttal witnesses.

Dated: April 22, 2024            Respectfully submitted,

COKINOS | YOUNG

By: */s/ Reagan H. "Tres" Gibbs, III*
Craig E. Power, SBN: 16210500
cpower@cokinoslaw.com
Reagan H. "Tres" Gibbs, III, SBN: 24083068
tgibbs@cokinoslaw.com
Emma P. Myles, SBN: 24137075
emyles@cokinoslaw.com
1221 Lamar Street, 16th Floor
Houston, Texas 77010-3039

Tel.: (713) 535-5500
Fax: (713) 535-5533

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2024, a true and correct copy of the foregoing was served on all parties authorized to receive notice through the Court's Electronic Filing system in this case and by email to the following counsel of record:

Robert W. Berleth
9950 Cypresswood Dr., Ste. 200
Houston, Texas 77070
rberleth@berlethlaw.com

*Attorney for Plaintiffs*

/s/ Reagan H. "Tres" Gibbs, III
Reagan H. "Tres" Gibbs, III